**PEOPLE ex rel. A. HUPFEL'S SONS,** Respondent, v. **CULLINAN,** Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Proceeding by the people of the state of New York, on the relation of A. Hupfel's Sons, against Patrick W. Cullinan. H. H. Kellogg, for appellant. M. Weinman, for respondent. No opinion. Order (84 N. Y. Supp. 1018) affirmed, with $50 costs and disbursements.

**PEOPLE ex rel. DAY v. GREENE.** (Supreme Court, Appellate Division, First Department. January 8, 1904.) Proceedings by the people of the state of New York, on the relation of David Day, against Francis V. Greene. R. P. Lydon, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

**PEOPLE ex rel. DEERING,** Appellant, v. **GROUT** et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Proceeding by the people of the state of New York, on the relation of James A. Deering, against Edward M. Grout and others. J. J. Squier, for appellant. J. F. O'Brien, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

**PEOPLE ex rel. DUDLEY v. GREENE.** (Supreme Court, Appellate Division, First Department. December 24, 1903.) Proceeding by the people of the state of New York on the relation of William H. Dudley, against Francis V. Greene. H. Ringrose, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

